

**FILED**
**JANUARY 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 313**

| | | |
|---|---|---|
| MATTHEW MYLES, SR. | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. |
| -vs- | ) | |
| | ) | *(jury demand)* |
| THE CITY OF HARVEY, | ) | |
| and ERIC KELLOGG, | ) | |
| | ) | |
| *Defendants.* | ) | |

**JUDGE NORDBERG**
**MAGISTRATE JUDGE SCHENKIER**

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 42 U.S.C. §1343.

2. Plaintiff Matthew Myles, Sr. was employed as an inspector by defendant City of Harvey (an Illinois municipal corporation) from April of 2001 to December 27, 2007.

3. Defendants are the City of Harvey and Eric Kellogg, the present Mayor of the City of Harvey; Kellogg is sued in his individual capacity.

4. In December of 2007, it was well established that the First Amendment to the Constitution of the United States prohibits a municipality from dismissing, on political grounds, an employee who did not have policymaking duties.

5. Plaintiff, as an inspector for the City of Harvey, did not have policymaking duties.

6. Plaintiff was discharged by defendant City of Harvey because he is not a political supporter of defendant Kellogg.

7. Defendant Kellogg was personally involved in the decision to discharge plaintiff.

8. Plaintiff demands trial by jury.

Wherefore plaintiff prays for appropriate equitable relief against the City of Harvey, including reinstatement with full backpay and benefits, and for punitive damages against defendant Kellogg in the amount of one hundred thousand dollars.

/s/ Kenneth N. Flaxman
_____

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com

*attorney for plaintiff*