UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Matthew Sr. Myles
                        Plaintiff,

v.                                             Case No.: 1:08−cv−00313
                                                        Honorable John A. Nordberg

City of Harvey, The, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 10, 2008:

      MINUTE entry before Judge John A. Nordberg :Status hearing set for 4/23/2008 at 2:30 PM. Plaintiff must report to the Court on status of service and pleadings, the possibility of settlement in the case and, if no possibility of settlement exists, the Preliminary Pretrial Scheduling Order must be completed and presented to the Court for entry instanter regardless of the status of the pleadings. Plaintiff shall notify all parties of Court's action.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.