IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case   08 CV 313 |
| MATTHEW MYLES, SR. | |
| | Judge Nordberg |
| v. | |
| | Magistrate Judge Schenkier |
| THE CITY OF HARVEY and ERIC KELLOGG | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**THE CITY OF HARVEY and ERIC KELLOGG**

| | |
|---|---|
| SIGNATURE<br>s/Julie A. Bruch | |
| FIRM<br>O'Halloran Kosoff Geitner & Cook, LLC | |
| STREET ADDRESS<br>650 Dundee Road, Suite 475 | |
| CITY/STATE/ZIP<br>Northbrook, IL 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6215813 | TELEPHONE NUMBER<br>(847) 291-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?             YES X     NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?           YES ☐     NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?              YES X     NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW MYLES, SR. ) | | |
| Plaintiff, ) | Case No.: 08 CV 313 | |
| ) | | |
| v. ) | Judge Nordberg | |
| ) | | |
| THE CITY OF HARVEY and ) | Magistrate Judge Schenkier | |
| ERIC KELLOGG ) | | |
| Defendants. ) | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2008, I electronically filed Defendants' Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth N. Flaxman
knf@kenlaw.com

                                        CITY OF HARVEY and ERIC KELLOGG

                        By:     s/Julie A. Bruch
                                Julie A. Bruch # 6215813
                                O'Halloran Kosoff Geitner & Cook, LLC
                                650 Dundee Road, Suite 475
                                Northbrook, Illinois 60062
                                Telephone: (847) 291-0200
                                Fax: (847) 291-9230
                                E-mail: jbruch@okgc.com