IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case  08 CV 313 |
| MATTHEW MYLES, SR. | |
| | Judge Nordberg |
| v. | |
| | Magistrate Judge Schenkier |
| THE CITY OF HARVEY and ERIC KELLOGG | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**THE CITY OF HARVEY and ERIC KELLOGG**

| | |
|---|---|
| SIGNATURE  s/Saira J. Alikhan | |
| FIRM  O'Halloran Kosoff Geitner & Cook, LLC | |
| STREET ADDRESS  650 Dundee Road, Suite 475 | |
| CITY/STATE/ZIP  Northbrook, IL 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6285622 | TELEPHONE NUMBER  (847) 291-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW MYLES, SR. ) | | |
| Plaintiff, ) | | Case No.: 08 CV 313 |
| ) | | |
| v. ) | | Judge Nordberg |
| ) | | |
| THE CITY OF HARVEY and ) | | Magistrate Judge Schenkier |
| ERIC KELLOGG ) | | |
| Defendants. ) | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2008, I electronically filed Defendants' Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth N. Flaxman
knf@kenlaw.com

CITY OF HARVEY and ERIC KELLOGG

By:   s/Saira J. Alikhan
Saira J. Alikhan # 6285622
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
E-mail: salikhan@okgc.com