UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Matthew Sr. Myles

                          Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00313
　　　　　　　　　　　　　　　　　　　　　Honorable John A. Nordberg

City of Harvey, The, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

    MINUTE entry before Judge Honorable John A. Nordberg: Status hearing set for 4/23/2008 is stricken and reset for 5/15/2008 at 2:30 PM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.