**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Matthew Sr. Myles

                     Plaintiff,

v.                                         Case No.: 1:08−cv−00313
                                          Honorable John A. Nordberg

City of Harvey, The, et al.

                     Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Sidney I. Schenkier for the purpose of holding proceedings related to: discovery supervision.(tlp,)Mailed notice.

Dated: May 15, 2008

                                                                                    /s/ John A. Nordberg

                                                                            United States District Judge