## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Matthew Sr. Myles

Plaintiff,

v.

Case No.: 1:08–cv–00313

Honorable John A. Nordberg

City of Harvey, The, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

     MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held and continued to 8/28/2008 at 09:00 AM. Rule 26(a)(1) disclosures are to be submitted by 6/20/08. All non–retained expert fact discovery is to be completed by 9/30/08. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.