# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Matthew Sr. Myles

                        Plaintiff,

v.                                           Case No.: 1:08−cv−00313
                                                      Honorable John A. Nordberg

City of Harvey, The, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 4, 2009:

      MINUTE entry before the Honorable Sidney I. Schenkier: The parties report that settlement has been reached. The settlement conference set for 03/06/09 is stricken. The parties shall submit appropriate dismissal papers to the presiding district judge by 03/20/09. All matters subject to the referral having been concluded, the referral is hereby terminated. Telephone notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.